UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CARLA BROWNLEE,<br><br>    Plaintiff,<br><br>v.<br><br>41B DISTRICT COURT,<br><br>    Defendant. | Case No. 24-cv-12745<br><br>Honorable Robert J. White |

**STIPULATED ORDER EXTENDING THE DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

**THIS MATTER** having come before the Court upon the stipulation between the parties through their respective counsel; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the that the deadline for Plaintiff's Response to Defendant's Motion to Dismiss be extended from March 4, 2025 to March 18, 2025.

**IT IS HEREBY ORDERED** that the that the deadline for Defendant's Reply is extended in accordance with the extension above.

SO ORDERED.

Dated: March 4, 2025                              s/Robert J. White
                                                                   Robert J. White
                                                                   United States District Judge

**STIPULATED TO:**

| | |
|---|---|
| */s/ Carla D. Aikens* | /s/ Timothy S. Ferrand (with permission) |
| CARLA D. AIKENS (P69530) | Timothy S. Ferrand |
| CARLA D. AIKENS, P.L.C. | Cummings, Mclorey, David & Acho, PLC |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: March 4, 2025 | Dated: March 4, 2025 |