IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CARLA BROWNLEE, | ) |
| PLAINTIFF, | ) |
| VS. | ) CIVIL ACTION NO. 2:24-cv-12745 |
| 41-B, DISTRICT COURT, | ) |
| DEFENDANT. | ) |

# WITNESS LIST

NOW COMES Plaintiff, Carla Brownlee, ("Plaintiff"), by and through her attorneys, Carla D. Aikens, P.L.C.., and for her Lay and Expert Witness List, state as follows:

1. Carla Brownlee, Plaintiff
2. Judge Carrie Fuca
3. James McGrail, Court Administrator
4. Sebastian Lucido, Chief Judge
5. Ryan Zemke
6. Stefanie Goodman
7. Jessica Malek
8. Judge Feminineo
9. Thomas Jury
10. Thomas Jury's mother, a former employee of Judge Feminineo's law firm

1

11. Jennifer McTaggart

12. Debra Hernandez

13. Rachel Friday

14. Dr. David Weingarden

15. Any and all representatives, agents, employees and supervisors (current and/or former) of 41-B, DISTRICT COURT, including those listed in complaint.

16. All persons identified in any of Defendant's Initial Disclosures.

17. All persons identified by any party in response to any written discovery.

18. All persons identified by any party or third-party witness in deposition.

19. All expert witnesses designated by any party.

By submitting this Lay and Expert Witness List, Plaintiff does not waive any objections to the admissibility of the testimony of these witnesses. Instead, this list is submitted indicating potential witnesses Plaintiff may produce.

## EXPERT WITNESS LIST

1. John Sase, economist to assess damages.

2. Potential/rebuttal financial analyst expert to be named.

3. Potential/rebuttal industry specialist expert to be named.

Plaintiff reserves the right to call any and all individuals designated as experts, by Defendant to this action and any and all individuals hereinafter selected and designated as expert witnesses.

2

Dated: June 13, 2025                    Respectfully Submitted,

/s/ *Carla D. Aikens*
Carla D. Aikens (P69530)
Carla D. Aikens, P.L.C.
615 Griswold Street, Suite 709
Detroit, Mi 48226
Carla@Aikenslawfirm.Com
Counsel For Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as directed on the pleadings on June 13, 2025, by:

/s/ *Katarzyna Nowicki*
Carla D. Aikens, P.L.C.

3