UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLA BROWNLEE,

    Plaintiff,

v.

41B DISTRICT COURT,

    Defendant.

Case No. 24-cv-12745

Honorable Robert J. White

## JUDGMENT

The Court has granted Defendant's motion to dismiss the complaint.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal
Deputy Clerk

Dated: September 23, 2025

Approved: s/Robert J. White
Robert J. White
United States District Judge